THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GERALDINE BARABIN, as Personal Representative for the Estate of HENRY BARABIN, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> ASTENJOHNSON, INC., et al. <br><br> Defendants. | NO. 2:17-cv-00597-JLR <br><br> STIPULATED MOTION TO CONTINUE AND ORDER INITIAL SCHEDULING DATES <br><br> *NOTE ON MOTION CALENDAR: MAY 25, 2017* |

(initialed "JLR")

## RELIEF REQUESTED

The parties (Plaintiff and Defendants) seek to continue the deadlines set forth in the Court's April 27, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, for the reasons set forth below.

## FACTS

This case is the wrongful death counterpart to Case No. 2:07-cv-01454-JLR, which involves Plaintiff's personal injury/survival claims for her decedent, Henry Barabin. The wrongful death and survival cases both arise from Plaintiff's allegations that Mr. Barabin contracted and died of mesothelioma as a result of exposure to asbestos. Plaintiff filed this

JOINT MOTION TO CONTINUE
INITIAL SCHEDULING DATES

Page 1

**FOLEY & MANSFIELD PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206)456-5360; Fax: (206)456-5361

wrongful death case in King County Superior Court after the Ninth Circuit reversed a verdict in Plaintiff's favor for the survival claims and remanded it to the Western District for a new trial.

Like the personal injury/survival case, the instant case was removed to the Western District based on diversity jurisdiction. On April 27, 2017, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, which set the deadlines for the FRCP 26(f) conference (May 25), FRCP 26(a)(1) initial disclosures (June 1), and joint status report (June 8).

On May 3, 2017, Plaintiff filed a motion to remand the instant case to state court. That motion is pending, and noted for hearing on May 26. If Plaintiff's remand motion is denied, the defendants will continue to seek to consolidate Plaintiff's wrongful death and personal injury/survival claims. The Order Setting Trial Related Dates in the personal injury/survival case was issued on March 27, 2017 and trial is scheduled to begin on March 26, 2018.

If, on the other hand, the remand motion is granted, then the deadlines for the FRCP 26(f) conference (5/25/17), FRCP 26(a)(1) initial disclosures (6/1/17), and joint status report (6/8/17) in the instant case will be moot. Therefore, the parties respectfully request a continuance of these deadlines until a month after adjudication of Plaintiff's motion for remand.

## AUTHORITY

"The district court has wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) (affirming trial court decision to stay discovery pending resolution of issue of defendants' immunity). See, *Herbert v. Lando*, 441 U.S. 153, 177, 60 L. Ed. 2d 115, 99 S. Ct 1635 (1979) (court has inherent power "to exercise appropriate control over the discovery process"); *cf. Landis v. North Am. Co.*, 299 U.S. 248, 254, 81 L. Ed. 153, 57 S. Ct. 163 (1936) (court has inherent power to stay actions in their entirety). Granting the requested relief, stipulated by the parties, is squarely within the Court's inherent authority to manage its cases.

## CONCLUSION

For the foregoing reasons, the parties, represented by the undersigned counsel, request that the deadlines in the April 27, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement are hereby continued to one month after the date the Court issues an order on Plaintiff's Motion for Remand.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order is hereby waived by the parties.

DATED this 25th day of May, 2017.

| BRAYTON PURCELL, LLP | FOLEY & MANSFIELD, PLLP |
|---|---|
| /s/ Meredith Boyden Good | /s/ R. Dirk Bernhardt |
| Meredith Boyden Good | J. Scott Wood |
| mgood@braytonlaw.com | R. Dirk Bernhardt |
| Attorneys for Plaintiff | dbernhardt@foleymansfield.com |
|  | Attorneys for Defendant AstenJohnson, Inc. |
| FORMAN PERRY WATKINS KRUTZ &TARDY | HAWKINS PARNELL |
|  | /s/ H. Lane Young, II |
| /s/ Forrest Ren Wilkes | H. Lane Young, II |
| Forrest Ren Wilkes (admitted pro hac vice) | lyoung@hptylaw.com |
| One Shell Square | Attorneys for Scapa Dryer Fabrics, Inc. |
| 701 Poydras Street, Suite 4350 |  |
| New Orleans, Louisiana 70139-6001 |  |
| ren@fpwk.com |  |
| Attorneys for Defendant AstenJohnson, Inc. |  |
| WILLIAMS KASTNER & GIBBS | GARDNER TRABOLSI & ASSOCIATES |
| /s/ Nicole R. MacKenzie | /s/ Ronald C. Gardner |
| Nicole R. MacKenzie | Ronald C. Gardner |
| nmackenzie@williamskastner.com | rgardner@gandtlawfirm.com |
| Attorneys for Scapa Dryer Fabrics, Inc. | Attorneys for Grinnell LLC (fka Grinnell Corporation, aka Grinnell Fire) and Goulds Pumps, Inc. |

| | |
|---|---|
| CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP | BULLIVANT HOUSER BAILEY PC |
| /s/ Kevin C. Baumgardner<br>Kevin C. Baumgardner<br>kbaumgardner@corrcronin.com<br>Attorney for Sequoia Ventures, Inc. | /s/ Katherine Steele<br>Katherine Steele<br>Katherine.steele@bullivant.com<br>Attorneys for Metalclad Insulation Corporation |

RIZZO MATTINGLY BOSWORTH PC

/s/ Shaun Mary Morgan
SMorgan@rizzopc.com
Attorneys for Paramount Supply, Co.

**STIPULATED ORDER**

The deadlines in the April 27, 2017 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement are hereby continued to one month after the date the Court issues an order on Plaintiff's Motion for Remand. IT IS SO ORDERED.

Dated this 29th day of May, 2017

_____
JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

FOLEY & MANSFIELD, P.L.L.P.

/s/ R. Dirk Bernhardt
J. Scott Wood
R. Dirk Bernhardt
James P. Brady
dbernhardt@foleymansfield.com
swood@foleymansfield.com
asbestos-sea@foleymansfield.com
Attorneys for Defendant AstenJohnson, Inc.

JOINT MOTION TO CONTINUE
INITIAL SCHEDULING DATES

Page 4

FOLEY & MANSFIELD PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Phone: (206)456-5360; Fax: (206)456-5361

## CERTIFICATE OF SERVICE

I, Wendy Cruz, hereby certify that on the 25th day of May, 2017, the foregoing was electronically filed the foregoing with the Clerk of the U.S. District Court for the Western District of Washington at Seattle using the CM/ECF system, which will send notification to all parties of record.

*/s/ Wendy Cruz*

JOINT MOTION TO CONTINUE  
INITIAL SCHEDULING DATES

Page 5

**FOLEY & MANSFIELD PLLP**  
999 Third Avenue, Suite 3760  
Seattle, WA 98104  
Phone: (206)456-5360; Fax: (206)456-5361