1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
8                               AT SEATTLE
9

10   GERALDINE BARABIN,                    CASE NO. C17-0597JLR

11                      Plaintiff,          ORDER STRIKING
                                           MOTION TO DISMISS
         v.
12
     ASTENJOHNSON, INC., et al.,
13
                       Defendants.
14

15         On July 24, 2017, the court remanded this case to state court pursuant to 28 U.S.C.

16   § 1446(c)(1).  (7/24/17 Order (Dkt. # 33) at 1-6.)  The court ordered the parties to file

17   nothing further in this action besides briefing on Plaintiff Geraldine Barabin's request for

18   fees.  (*Id.* at 7.)  Later that day, Defendant Keystone Contracting, Inc., moved to dismiss

19   Ms. Barabin's complaint with prejudice.  (Mot. (Dkt. # 34).)  The court STRIKES that

20   //

21   //

22   //

motion (Dkt. # 34) as moot and in contravention of the court's July 24, 2017, order.

Dated this 2d day of August, 2017.

JAMES L. ROBART
United States District Judge